No. 93–1965. EDENFIELD ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1966. GUNAWANSA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 93–1967. JACKSON *v.* MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1968. ROTUOTSOA *v.* CITY OF MUKILTEO. Sup. Ct. Wash. Certiorari denied.

No. 93–1970. MARTIN *v.* BUSEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1972. LOPEZ *v.* BEHLES, TRUSTEE; and LOPEZ *v.* BEHLES, TRUSTEE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1973. ECKARD *v.* ECKARD. Ct. App. Md. Certiorari denied.

No. 93–1974. TRACY, TAX COMMISSIONER OF OHIO *v.* MCI TELECOMMUNICATIONS CORP. Sup. Ct. Ohio. Certiorari denied.

No. 93–1976. HANEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1977. WILLIAMS ET VIR *v.* RICHMOND COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1978. LIBERTY LAKE INVESTMENTS, INC. *v.* MAGNUSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1979. BRADER *v.* LANDIS MANUFACTURING SYSTEMS, INC. C. A. 3d Cir. Certiorari denied.